AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 19-mj-195 |
| Rebecca Gabriel Kanter | ) Assigned To: Judge Deborah A. Robinson |
| | ) Assign. Date: 7/24/2019 |
| | ) Description: Criminal Complaint w/Arrest Warrant |
| *Defendant* | ) |

**ARREST WARRANT**

FILED
JUL 2 4 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 970(a) Willfully injuring and damaging property of a foreign government
18 U.S.C. § 970(b)(2) Refusing to depart a foreign embassy

Date: 07/24/2019

*Issuing officer's signature*

Deborah A. Robinson
United States Magistrate Judge
*Printed name and title*

City and state: Washington, DC

**Return**

This warrant was received on *(date)* 7/24/19, and the person was arrested on *(date)* 7/23/19
at *(city and state)* WASHINGTON, DC.

Date: 7/24/19

*Arresting officer's signature*

WILLIAM AYERS   OFFICER
*Printed name and title*